IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.   Criminal Action No. 3:00cr148

GEDION GASHAW,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. Upon due consideration, and with the consent of the government, the Court DIRECTS the Clerk to unseal this case.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to counsel for the government.

Date: 21 January 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge